UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MICROSOFT CORPORATION, | ) | CASE NO. 1:10-CV-01161 |
| | ) | |
| Plaintiff | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | **PLAINTIFF MICROSOFT'S** |
| | ) | **MOTION TO STRIKE DEFENDANTS'** |
| DELTA COMPUTERS, INC., et al., | ) | **TWELFTH AND TWENTY-FIRST** |
| | ) | **AFFIRMATIVE DEFENSES** |
| Defendants | ) | |

Plaintiff Microsoft Corporation, pursuant to Fed.R.Civ.P. 12(f), hereby moves to strike the Twelfth and Twenty-First Affirmative Defenses in the Answer filed by Defendants Delta Computers, Inc., an Ohio corporation, also known as Delta Computer, Inc. and Dimitrios Gountis, an individual (collectively, "Defendants").

Defendants have distributed infringing copies of Microsoft software.  They cannot shield themselves from liability by asserting copyright misuse and unclean hands defenses.  These defenses are not properly pled and are legally insufficient. Thus, they should be stricken without leave to amend.

This motion is based on the attached Memorandum in Support and upon the papers, records and pleadings on file in this action.

A proposed Order is attached.

          /s/ *Robert E. Chudakoff*
          Robert E. Chudakoff (0038594)
          ULMER & BERNE LLP
          Skylight Office Tower
          1660 West 2nd Street – Suite 1100
          Cleveland, Ohio 44113-1448
          Tel: (216) 583-7000
          Fax: (216) 583-7001
          rchudakoff@ulmer.com


          Attorney for Plaintiff
          Microsoft Corporation

Case: 1:10-cv-01161-CAB Doc #: 11 Filed: 07/07/10 2 of 3. PageID #: 68

CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2010, the foregoing Plaintiff Microsoft's Motion to Strike Defendants' Twelfth and Twenty-First Affirmative Defenses and the attached Memorandum in Support were electronically filed. Notice of this filing will be sent to counsel of record for all parties by operation of the Court's Electronic Case Filing system. Parties and their counsel may access this filing through the Court's Electronic Case Filing System. Counsel of record include:

>James T. Tyminski, Jr. (0070516)
>George H. Carr (0069372)
>Kristin L. Wedell (0072500)
>GALLAGHER SHARP
>Sixth Floor – Bulkley Building
>1501 Euclid Avenue
>Cleveland, Ohio 44115
>Tel. (216) 241-5310
>Fax. (216) 241-1608
>jtyminski@gallaghersharp.com
>gcarr@gallaghersharp.com
>kwedell@gallaghersharp.com
>
>Attorneys for Defendants

>s/ *Robert E. Chudakoff*
>Robert E. Chudakoff (0038594)
>ULMER & BERNE LLP
>
>Attorney for Plaintiff
>Microsoft Corporation

3